UNITED STATES of America,
Plaintiff–Appellee

v.

John FLATO, Defendant–Appellant.

No. 14–11016
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 1, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Monica F. Markley, Federal Public Defender's Office, Fort Worth, TX, Douglas Anthony Morris, Esq., Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent John Flato has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Flato has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Flato's response. We concur with counsel's assessment that the appeal presents no non-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Taft WILSON, Petitioner–Appellant

v.

published and is not precedent except under

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.